1  PHILLIP A. TALBERT
   United States Attorney
2  KRISTIN F. SCOTT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

**FILED**
Jun 08, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America

8               IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA

11 IN THE MATTER OF THE APPLICATION         CASE NO: 2:23-SW-0273 DB
   OF THE UNITED STATES OF AMERICA
12 FOR SEARCH WARRANTS CONCERNING:          ORDER TO UNSEAL SEARCH WARRANT
                                            AND SEARCH WARRANT AFFIDAVIT
13 JADEN EDWARDS

15     Upon application of the United States of America and good cause having been shown,

16     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

    Dated:  06/08/23

                                             *Kendall J. Newman*
                                             The Honorable Kendall J. Newman
                                             UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT